UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISAAC MIZRAHI, as parent and natural
Guardian of D.M., a minor,

       Plaintiff,

vs.

YAMAHA MOTOR CORPORATION, U.S.A.,

       Defendant.
_____/

CASE NO.:

**DEFENDANT YAMAHA MOTOR CORPORATION, U.S.A.'S
NOTICE OF REMOVAL**

Defendant, Yamaha Motor Corporation, U.S.A. ("YMUS"), through counsel, files this Notice of Removal pursuant to 28 U.S.C. Sections 1332 and 1441, and states:

**THE STATE COURT ACTION**

1. On or about November 3, 2017, Plaintiff filed the instant Complaint in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, entitled *Isaac Mizrahi, as parent and natural guardian of D.M., a minor, vs. Yamaha Motor Corporation, U.S.A.,* Case No.: 17-025522-CA-01.

2. On November 29, 2017, Plaintiff served the Complaint upon YMUS.

3. The Complaint seeks damages for negligence and strict products liability. Plaintiff alleges that on January 16, 2017, D.M. (a minor) fell from the rear of a WaveRunner FX Cruiser, landing in the jet thrust. *See Plaintiff's Complaint*, at ¶¶ 8-10.  As a result, D.M. spent approximately three weeks in Aventura Hospital and underwent "multiple surgeries." *Id*. ¶ 11. Since then, she "has been hospitalized several times for complications and continued care." *Id*.

Plaintiff alleges the WaveRunner was defective and caused her injuries. *See generally* Counts I and II.

4. On December 5, 2017, counsel for YMUS discussed the case with Plaintiff's counsel, including YMUS's desire to remove. Counsel for Plaintiff confirmed that both Plaintiff and D.M. are citizens of Florida and the amount in controversy exceeds $75,000.00. *See* Exhibit A.

## VENUE

5. YMUS removed this action from the Eleventh Judicial Circuit in and for Miami-Dade County Florida, which is within this District. Therefore, this Court is the proper venue for removal for purposes of 28 U.S.C. §§ 89(c) and 1446 (a).

## DIVERSITY OF CITIZENSHIP

6. The factual allegations set forth in Plaintiff's Complaint do not conclusively establish diversity of citizenship.

7. Rather, Plaintiffs assert that Plaintiff and D.M. are *residents* of Miami-Dade County, Florida. *See Plaintiffs' Complaint*, at ¶ 3. However, domicile – not residency – controls for purposes of diversity. *See Jagiella v. Jagiella*, 647 F.2d 561, 563 (5th Cir. 1981).

8. Since Plaintiff's allegations did not initially provide a basis for removal, counsel for YMUS contacted Plaintiff's counsel and discussed YMUS's desire to remove. Plaintiff's counsel confirms both Plaintiff and D.M. are Florida citizens. *See* Exhibit A.

9. YMUS is a foreign corporations authorized to do business in Florida. *See Plaintiffs' Complaint*, at ¶ 4.

**AMOUNT IN CONTROVERSY**

10. Plaintiff's Complaint does not request a specific amount of damages. Rather, Plaintiff sought an amount greater than the sum of Fifteen Thousand and 00/100 Dollars ($15,000.00), exclusive of interest and costs. *See* Plaintiffs' Complaint, at ¶ 5.

11. Plaintiff's counsel confirms, however, that Plaintiff's lawsuit seeks damages in excess of $75,000.00. *See* Exhibit A.

**TIMELINESS OF REMOVAL**

12. The thirty (30) day time period for removal does not run until the defendant receives notice of grounds for removal, including the ability to intelligently ascertain the plaintiff's citizenship or domicile. *See Procedure for Removal—Time for Seeking Removal*, 14C Fed. Prac. & Proc. Juris. § 3731 (4th ed.). Here, the "triggering event" for purposes of the 30-day time limitation under 1446(b) is Plaintiff's confirmation regarding citizenship and amount in controversy, received on December 5, 2017. YMUS removed the matter to this Court within thirty (30) days of that date in compliance with 28 U.S.C. § 1446(b).

**PROCEDURAL MATTERS**

13. Pursuant to 28 U.S.C. §1446(a), attached as Exhibit "B" is a copy of all process, pleadings and orders served upon YMUS. Additionally, Exhibit "B" constitutes a record of all those papers on file with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. YMUS has no knowledge of any other pleadings, orders or papers served in this action other than Exhibits attached hereto.

14. YMUS will file, with the Clerk of the Court for the Circuit Court in and for Miami-Dade County, Florida, a Notice of Filing Notice of Removal pursuant to 28 U.S.C.

§1446(d), and have given written notice to all adverse parties.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit C.

15. YMUS expressly reserves its right to raise and assert any and all available defenses to Plaintiff's Complaint.  The filing of this Notice of Removal shall not be construed or otherwise operate as a waiver of any such defenses available to YMUS.

16. YMUS took no action in the State Court proceeding inconsistent with this Removal.  There are no pending Motions in State Court.

## CONCLUSION

The above-captioned action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. §1332 since the requirements of diversity of citizenship and amount in controversy are conclusively established.  Therefore, YMUS may remove this action pursuant to 28 U.S.C. 1441 and 1446.

WHEREFORE, YMUS respectfully requests this Court assume jurisdiction of the above-captioned action, pursuant to 28 U.S.C. Sections 1332 and 1441.

Dated:  December 12th, 2017

Respectfully submitted,

/s/ Scott M. Sarason
Scott M. Sarason
Counsel for Yamaha Motor Corporation, U.S.A.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on this 12th day of December, 2017 on all counsel or parties of record on the Service List below.

        */s/ Scott M. Sarason*
SCOTT M. SARASON
Florida Bar No. 0394718
E-mail:  ssarason@rumberger.com (primary)
ssarasonsecy@rumberger.com
docketingmiami@rumberger.com(secondary)
MICHAEL R. HOLT
Florida Bar No. 0483450
E-mail:  mholt@rumberger.com (primary)
mholtsecy@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida  33130-3037
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Yamaha Motor Corporation, U.S.A.*

**SERVICE LIST**

Curtis B. Miner, Esquire
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone:  305-476-7400
Facsimile:  305-476-7444
E-mail:  curt@colson.com

Attorney for Plaintiff

Albert Z. Levin, Esquire
Albert Z. Levin, P.A.
Courthouse Tower
40 N.W. 3rd Street - Suite 200
Miami, FL 33128
Telephone:  305-379-7101
E-mail:  albert@albertlevinlaw.com

Attorney for Plaintiff

Denise Georges, Esquire
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone:  305-476-7400
Facsimile:  305-476-7444
E-mail:  denise@colson.com

Attorney for Plaintiff

10737050.1