# EXHIBIT A

# Kane, Tania

| | |
|---|---|
| **From:** | Matchette, Lisa |
| **Sent:** | Friday, December 08, 2017 9:19 AM |
| **To:** | Kane, Tania |
| **Subject:** | FW: 2017-5-12   Citizenship / Amount in Controversy   Mizrahi v. Yamaha |

**From:** Miner, Curt [mailto:Curt@colson.com]
**Sent:** Tuesday, December 05, 2017 9:27 PM
**To:** Sarason, Scott
**Subject:** Re: 2017-5-12 Citizenship / Amount in Controversy Mizrahi v. Yamaha

?Confirmed.

Curtis Miner | Colson Hicks Eidson | 255 Alhambra Circle, PH | Coral Gables, FL 33134
tel: 305.476.7400 | fax: 305.476.7444 | email: curt@colson.com<mailto:curt@colson.com>

**Lisa R. Matchette**
Assistant to Scott M. Sarason
and Robert Visca
Miami
305.358.5577
Ext. 5459

_____
From: Sarason, Scott <ssarason@rumberger.com>
Sent: Tuesday, December 5, 2017 6:19 PM
To: Miner, Curt
Subject: 2017-5-12 Citizenship / Amount in Controversy Mizrahi v. Yamaha

Good evening Curt,

Thank you very much for speaking to me this afternoon about this case.

As discussed, Yamaha would like to remove the case to the Southern District. Based on our conversation, this is to confirm Mr. Mizrahi and his daughter ("DM") are Florida citizens, and that the amount in controversy exceeds the sum of $75,000.00.

With your consent, we will represent Plaintiff does not dispute these matters.

Please advise us immediately if any of this is not accurate.

Thanks once again for your time.

Scott

Scott M. Sarason
Attorney at Law

[Rumberger Kirk &

1

Caldwell]<https://linkprotect.cudasvc.com/url?a=http://www.rumberger.com&c=E,1,DGwh4TLfiUP7Qx_cZ_8Mx08uR7UKJXS6e7bGGRBuYQ-q62JiOwPVEt3rk47d_xMlXBJCDizmSKl4PsTGhh--1YBQIn6xjxSL8TWM8L8avyKDZRMy9w,,&typo=1>

305.995.5422 Direct
305.358.5577 Main
305.310.0097 Cell
ssarason@rumberger.com
www.rumberger.com<https://linkprotect.cudasvc.com/url?a=http://www.rumberger.com&c=E,1,i0vYcJ35Wc61eZz1WwDgTq-U3iJRxOlv4R2_hMXTbwtejZFCEPy7CS2C64_au6zmf35V_yMauwA5csUx8Fcse5EOWi_K9Zc7zSWP2g,,&typo=1>
vCard<https://linkprotect.cudasvc.com/url?a=http://www.rumberger.com/90F6E0/assets/files/vcards/Scott%20Sarason.vcf&c=E,1,zxtKiw6My9LKku1ZSsJUc2GJDJIwm_obsaFn52r9EvXSkCzlhUouqUHtlkBZGRpkj5kz-7LGsvtrIYnZa1JOmXffUVvpOIzBdUnihs2yzQ,,&typo=1>

80 Southwest 8th Street | Suite 3000 | Miami, FL 33130-3037


[LinkedIn]<https://www.linkedin.com/company/rumberger-kirk-&-caldwell>[Twitter]<https://twitter.com/rumbergerkirk>[Facebook]<https://www.facebook.com/rumbergerkirkcaldwell>


The information in this e-mail message is legally privileged and confidential information. If you have received this e-mail in error, please delete from any device/media where the message is stored.

2