# EXHIBIT B

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Results

## ISAAC MIZRAHI VS YAMAHA MOTOR CORPORATION, U.S.A.

**Local Case Number:** 2017-025522-CA-01

**Filing Date:** 11/02/2017

**State Case Number:** 132017CA025522000001

**Case Type:** Product Liability

**Consolidated Case No.:** N/A

**Judicial Section:** CA25

**Case Status:** OPEN

---

### 👥 Parties
Number of Parties: 2 ▬

⤓ Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Mizrahi, Isaac | *B#: (Bar Number)* 885681  *N: (Attorney Name)* Miner, Curtis B. | |
| Defendant | YAMAHA MOTOR CORPORATION, U.S.A. | | |

---

### 🔧 Hearing Details
Number of Hearing: 0 ▬

No hearing information found

---

### 🔊 Dockets
Dockets Retrieved: 7 ▬

⤓ Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 6 | 11/08/2017 | | Receipt: | Event | RECEIPT#:3500069 AMT PAID:$10.00 NAME:MINER, CURTIS B. 255 ALHAMBRA CIR PH CORAL GABLES FL 33134-7411 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$10.00 RECEIPT D |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 11/07/2017 | | 20 Day Summons Issued | Service | |
| 📄 | 5 | 11/07/2017 | | ESummons 20 Day Issued | Event | *Parties: YAMAHA MOTOR CORPORATION U.S.A.* |
| | 3 | 11/06/2017 | | Receipt: | Event | **RECEIPT#:2150116 AMT PAID:$401.00 NAME:MINER, CURTIS B. 255 ALHAMBRA CIR PH CORAL GABLES FL 33134-7411 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIP** |
| 📄 | 4 | 11/03/2017 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 📄 | 2 | 11/02/2017 | | Complaint | Event | |
| 📄 | 1 | 11/02/2017 | | Civil Cover | Event | |

**◀◀ Back to Results**

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Home (http://www.miami-dadeclerk.com/home.asp) | Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) | Contact Us (http://www.miami-dadeclerk.com/contact.asp) |
About Us (http://www.miami-dadeclerk.com/about.asp)
(http://www.miamidade.gov)
2015 Clerk of the Courts. All Rights reserved.

MIAMI-DADE COUNTY

S0142976

Filing # 63640779 E-Filed 11/02/2017 08:57:12 AM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Isaac Mizrahi</u>
 Plaintiff
            vs.
<u>YAMAHA MOTOR CORPORATION, U.S.A.</u>
Defendant

**II.      TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☒ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
☒   Monetary;
☐   Non-monetary declaratory or injunctive relief;
☐   Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (      )**
(Specify)

2

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐   Yes
☒   No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒   No
☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒   Yes
☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Curtis Miner       FL Bar No.: 885681
        Attorney or party                                    (Bar number, if attorney)

        Curtis Miner      11/02/2017
        (Type or print name)                                 Date

Filing # 63640779 E-Filed 11/02/2017 08:57:12 AM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: _____

ISAAC MIZRAHI, as parent and natural
guardian of D.M., a minor,

        Plaintiff,

vs.

YAMAHA MOTOR CORPORATION, U.S.A.,

        Defendant.

_____ /

## COMPLAINT

Plaintiff Isaac Mizrahi, as parent and natural guardian of his daughter D.M., a minor, by and through the undersigned counsel, brings this Complaint against Defendant Yamaha Motor Corporation, U.S.A., and states as follows:

### INTRODUCTION

1.    This product liability case arises out of an incident in which D.M., a sixteen-year-old minor girl, was severely injured after she slid off the rear seat of a Yamaha WaveRunner in Biscayne Bay and was exposed to the high-pressure water jet from the jet propulsion nozzle of the watercraft.  As a result of her contact with high-pressure water jet, D.M. suffered what is known as an orifice injury, a horrific injury to her rectum and internal organs that resulted in a lengthy hospitalization, multiple surgeries and the use of a colostomy bag for a lengthy period of time.

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, Telephone: (305) 476-7400 Fax: (305) 476-7444**

2.      As will be detailed below, these injuries were caused by a design defect in the Yamaha WaveRunner, as well as a failure to adequately warn about the severe risks posed by the watercraft's jet propulsion system to passengers.  It is reasonably foreseeable that passengers on a watercraft will face situations during the ordinary use of a watercraft, such as when it accelerates or encounters a wake from another boat, in which they could slide or fall off the back of the watercraft.  Among other design defects, the WaveRunner fails to provide the rear seat passenger with sufficient mobility restraints, such as handholds, straps, grips or stirrups, to allow the rear passenger to remain safely on the watercraft in such situations and instead exposes them to the unnecessary risk of sliding or falling off and landing in close proximity to the dangerous jet propulsion system.

## PARTIES

3.      Plaintiff Isaac Mizrahi is the father and natural guardian of his daughter, D.M., a minor.  They are both residents of Golden Beach, Florida in Miami-Dade County.

4.      Defendant Yamaha Motor Corporation, U.S.A. ("Yamaha USA") is a California corporation with its principal place of business in Cypress, California.   Yamaha USA is registered to do business in the State of Florida and maintains a registered agent in the State of Florida.

## JURISDICTION AND VENUE

5.      This is an action for damages in excess of $15,000, exclusive of costs, interest and attorney's fees.

6.      The incident which constitutes the subject matter of this action occurred in Miami-Dade County, Florida, plaintiff and D.M. are residents of Miami-Dade Country, and

2

Yamaha U.S.A. is registered to do business in and does business throughout the State of Florida, including in Miami-Dade County.  Venue is therefore proper in Miami–Dade County, Florida.

GENERAL ALLEGATIONS

7.    Yamaha USA was, at all relevant times, engaged in the business of designing, manufacturing and selling personal watercrafts known as WaveRunners®.  Yamaha USA's WaveRunners are distributed, sold and used throughout the State of Florida, including in Miami-Dade County.

8.    On January 16, 2017, D.M. was the passenger on a Yamaha WaveRunner FX Cruiser HO which was being operated in the waters of Biscayne Bay, Florida.  D.M. had gone out with friends, including friends on another watercraft, for an afternoon of recreation on the water.

9.    The WaveRunner FX Cruiser HO has a 3-person seat.  D.M. was seated in the position closest to the rear of the watercraft.

10.    After an afternoon of recreation on the water, D.M. and her friends were returning at a reasonable rate of speed to the marina when the WaveRunner on which she was a passenger encountered a wake generated by a larger boat.  The operator of the WaveRunner had begun to accelerate to get over the wake when D.M. slid off the rear seat falling directly behind the WaveRunner in proximity to the high-pressure water jet coming from the watercraft's jet propulsion system.

11.    The force of the water jet caused sever and permanent injuries to D.M.  D.M. was rushed to shore and to Aventura Hospital, where she remained for approximately three (3) weeks and had to undergo multiple surgeries.  Since this initial hospitalization, D.M. has been hospitalized several times for complications and continued care.

3

## COUNT 1
### (NEGLIGENCE)

12.     Plaintiff incorporates and re-alleges the allegations contained in paragraphs 1 through 11 above.

13.     This is a cause of action for negligence, including design defect and failure to warn, under the common law of the state of Florida.

14.     **Duty:**  Yamaha USA had a duty to use reasonable care in the design, development, testing, manufacture, assembly, marketing and distribution of the subject watercraft in order to provide a reasonable degree of user safety in connection with foreseeable uses of the watercraft and to avoid exposing users to unnecessary and unreasonable risks.

15.     **Breach:**  Yamaha USA breached that duty both by acting in a way that a reasonably careful designer and manufacturer of watercraft would not act under like circumstances and by failing to take actions that a reasonably careful designer and manufacturer of watercraft would take under like circumstances.  Specifically, Yamaha breached that duty in one or more of the following ways:

   a.  The watercraft was designed without adequate mobility restraints for the rear passenger, such as handholds, straps, grips or stirrups, that would allow the passenger to hold stay seated on the watercraft and prevent the passenger from sliding or falling off the back of the watercraft directly into the path of the thrust of the jet propulsion system;

   b.  The watercraft was designed with a jet propulsion system and nozzle that were located in such a position, when taken into account with the size and length of the rear deck, that would cause severe injury to passengers who slid or fell off

4

the rear seat and landed in proximity to the high-pressure water jet generated by the jet propulsion system; and

    c.  The watercraft failed to include adequate warnings to the passengers of the watercraft that the rearmost passenger could fall directly into the path of an extremely dangerous jet of water which could inflict severe and permanent damage to the passenger's orifices and severe and permanent damage to the passenger's internal organs.  Although the watercraft contained warning language, the warnings were not specific or graphic enough, were not formatted or placed in a way to be conspicuous to a rear-seat passenger, and failed to convey the true extent of the risk involved.

16.    **Causation:**  As a direct and proximate result of the negligence of Yamaha USA, Plaintiff suffered severe and permanent personal injuries when she slid off the back of the watercraft and was exposed to the high-pressure water jet generated by the watercraft's jet propulsion system.  But for Yamaha USA's negligence, these injuries would not have occurred.

17.    **Damages:** Plaintiff has suffered severe and permanent personal injuries, including (a) bodily injury and resulting pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconveniences or loss of capacity for the enjoyment of life, experienced in the past or to be experienced in the future; and (b) the expense of hospitalization, medical and nursing care and treatment necessarily or reasonably obtained in the past or to be so obtained in the future.

WHEREFORE, Plaintiff demands judgment against Yamaha USA for all compensatory damages that D.M. is entitled to under Florida law, together with pre- and post-judgment interest, all costs of this action, and for such other relief as the Court deems just and proper.

5

COUNT 2

(STRICT LIABILITY)

18.      Plaintiff incorporates and re-alleges the allegations contained in paragraphs 1 through 11 above.

19.      This is a cause of action for strict products liability, including design defect and failure to warn, under the common law of the state Florida.

20.      **Product:**      Yamaha USA designed, developed, manufactured, marketed, assembled, tested, distributed, sold and placed into the stream of commerce the subject watercraft.

21.      **Defects:** The subject watercraft was defective and unreasonably dangerous in its design because it failed to perform as safely as an ordinary consumer would expect when used as intended or used in a reasonably foreseeable manner, and because the risk of danger in the design outweighed any benefits and there were alternative, safer designs that were both technologically and economically feasible.  Specifically, the subject watercraft was defective and unreasonably dangerous for one or more of the following reasons:

a.   The watercraft was designed without adequate mobility restraints for the rear passenger, such as handholds, straps, grips or stirrups, that would allow the passenger to hold stay seated on the watercraft and prevent the passenger from sliding or falling off the back of the watercraft directly into the path of the thrust of the jet propulsion system;

b.   The watercraft was designed with a jet propulsion system and nozzle that were located in such a position, when taken into account with the size and length of the rear deck, that would cause severe injury to passengers who slid or fell off

6

the rear seat and landed in proximity to the high-pressure water jet generated by the jet propulsion system; and

    c.   The watercraft failed to include adequate warnings to the passengers of the watercraft that the rearmost passenger could fall directly into the path of an extremely dangerous jet of water which could inflict severe and permanent damage to the passenger's orifices and severe and permanent damage to the passenger's internal organs.  Although the watercraft contained warning language, the warnings were not specific or graphic enough, were not formatted or placed in a way to be conspicuous to a rear-seat passenger, and failed to convey the true extent of the risk involved.

22.   These defects in the subject watercraft were present when Yamaha USA placed the watercraft into the stream of commerce, and the watercraft was expected to and did reach its users and consumers without substantial change affecting its condition.

23.   **Causation:**  As a direct and proximate result of the defects in the subject watercraft, Plaintiff suffered severe and permanent personal injuries.

24.   **Damages:** Plaintiff has suffered severe and permanent personal injuries, including (a) bodily injury and resulting pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconveniences or loss of capacity for the enjoyment of life, experienced in the past or to be experienced in the future; and (b) the expense of hospitalization, medical and nursing care and treatment necessarily or reasonably obtained in the past or to be so obtained in the future.

7

WHEREFORE, Plaintiff demands judgment against Yamaha USA for all compensatory damages that D.M. is entitled to under Florida law, together with pre- and post-judgment interest, all costs of this action, and for such other relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff requests trial by jury on all issues triable as right by a jury.

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400
Fax: (305) 476-7444

By:    /s/ *Curtis Miner*
          Curtis B. Miner
          (Fla. Bar No. 885681)
          curt@colson.com
          Denise Georges
          (Fla. Bar No. 55861)
          denise@colson.com

ALBERT Z. LEVIN, P.A.
Albert Z. Levin
Courthouse Tower
40 N.W. 3rd Street, Suite 200
Miami, FL 33128
Tel: (305) 379-7101

*Attorneys for Plaintiff*

8

Filing # 63714096 E-Filed 11/03/2017 11:33:53 AM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2017-025522-CA-01

ISAAC MIZRAHI, as parent and natural
guardian of D.M., a minor,

       Plaintiff,

vs.

YAMAHA MOTOR CORPORATION, U.S.A.,

       Defendant.

_____ /

**SUMMONS**

THE STATE OF FLORIDA
**To Each Sheriff of the State:**

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint, in this action on Defendant:

**Yamaha Motor Corporation, U.S.A.**
**By serving Registered Agent: The Prentice-Hall Corporation System, Inc.**
**1201 Hays Street**
**Suite 105**
**Tallahassee, FL 32301**

Each Defendant is required to serve written defenses to the Complaint or Petition
on, Plaintiff's attorney, whose address is:

**Curtis Miner**
**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse**
**Coral Gables, FL 33134**
**Tel: (305) 476-7400**

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, Telephone: (305) 476-7400 Fax: (305) 476-7444**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint or Petition.

DATED ON _____, 2017.

as Clerk of said Court

By_____

as Deputy Clerk

2

Filing # 63714096 E-Filed 11/03/2017 11:33:53 AM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:  2017-025522-CA-01


ISAAC MIZRAHI, as parent and natural
guardian of D.M., a minor,

       Plaintiff,

vs.

YAMAHA MOTOR CORPORATION, U.S.A.,

       Defendant.

_____ /

## SUMMONS

THE STATE OF FLORIDA
**To Each Sheriff of the State:**

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the
Complaint, in this action on Defendant:

**Yamaha Motor Corporation, U.S.A.**
**By serving Registered Agent: The Prentice-Hall Corporation System, Inc.**
**1201 Hays Street**
**Suite 105**
**Tallahassee, FL 32301**

Each Defendant is required to serve written defenses to the Complaint or Petition
on, Plaintiff's attorney, whose address is:

**Curtis Miner**
**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse**
**Coral Gables, FL 33134**
**Tel: (305) 476-7400**

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, Telephone: (305) 476-7400 Fax: (305) 476-7444**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint or Petition.

Harvey Ruvin,
Clerk of Courts

DATED ON ____11/7/2017____, 2017.

as Clerk of said Court

By_____  56791

as Deputy Clerk



**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, Telephone: (305) 476-7400 Fax: (305) 476-7444

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

ISAAC MIZRAHI, as parent and natural
Guardian of D.M., a minor,

      Plaintiff,

vs.                               CASE NO.: 17-025522-CA-01

YAMAHA MOTOR CORPORATION, U.S.A.,

      Defendant.

_____/

**NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION
OF E-MAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS
<u>ON BEHALF OF YAMAHA MOTOR CORPORATION, U.S.A.</u>**

      The Defendant, YAMAHA MOTOR CORPORATION, U.S.A., hereby gives notice of the appearance of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association, and Scott M. Sarason as its counsel herein.

      Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), the Defendant, YAMAHA MOTOR CORPORATION, U.S.A., hereby gives notice of the primary and secondary e-mail addresses of its counsel as follows:

| | |
|---|---|
| Counsel's name: | Scott M. Sarason |
| Primary e-mail address: | ssarason@rumberger.com |
| Secondary e-mail addresses: | docketingmiami@rumberger.com |
| | ssarasonsecy@rumberger.com |
| | |
| Counsel's name: | Michael R. Holt |
| Primary e-mail address: | mholt@rumberger.com |
| Secondary e-mail addresses: | docketingmiami@rumberger.com |
| | mholtsecy@rumberger.com |

## <u>CERTIFICATE OF SERVICE</u>

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been served

via Florida Courts E-Filing Portal on all Counsel of Record this <u>4th</u> day of December, 2017.

*/s/ Scott M. Sarason*

SCOTT M. SARASON
Florida Bar No. 0394718
E-mail:  ssarason@rumberger.com (primary)
ssarasonsecy@rumberger.com
docketingmiami@rumberger.com(secondary)
MICHAEL R. HOLT
Florida Bar No. 0483450
E-mail:  mholt@rumberger.com (primary)
mholtsecy@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida  33130-3037
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Yamaha Motor Corporation, U.S.A.*

2

Filing # 64914542 E-Filed 12/04/2017 02:05:11 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

ISAAC MIZRAHI, as parent and natural
Guardian of D.M., a minor,

      Plaintiff,

vs.                                           CASE NO.: 17-025522-CA-01

YAMAHA MOTOR CORPORATION, U.S.A.,

      Defendant.

_____/

**NOTICE OF APPEARANCE AND NOTICE OF DESIGNATION
OF E-MAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS
<u>ON BEHALF OF YAMAHA MOTOR CORPORATION, U.S.A.</u>**

The Defendant, YAMAHA MOTOR CORPORATION, U.S.A., hereby gives notice of the appearance of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association, and Michael R. Holt as its counsel herein.

Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), the Defendant, YAMAHA MOTOR CORPORATION, U.S.A., hereby gives notice of the primary and secondary e-mail addresses of its counsel as follows:

Counsel's name:           Scott M. Sarason
Primary e-mail address:    ssarason@rumberger.com
Secondary e-mail addresses:  docketingmiami@rumberger.com
                               ssarasonsecy@rumberger.com

Counsel's name:           Michael R. Holt
Primary e-mail address:    mholt@rumberger.com
Secondary e-mail addresses:  docketingmiami@rumberger.com
                               mholtsecy@rumberger.com

<u>**CERTIFICATE OF SERVICE**</u>

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been served

via Florida Courts E-Filing Portal on all Counsel of Record this <u>4th</u> day of December, 2017.

*/s/ Michael R. Holt*
_____
SCOTT M. SARASON
Florida Bar No. 0394718
E-mail:  ssarason@rumberger.com (primary)
ssarasonsecy@rumberger.com
docketingmiami@rumberger.com(secondary)
MICHAEL R. HOLT
Florida Bar No. 0483450
E-mail:  mholt@rumberger.com (primary)
mholtsecy@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida  33130-3037
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Yamaha Motor Corporation, U.S.A.*

IN THE CIRCUIT COURT OF THE 11ᵀᴴ
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:  17-025522-CA-01

ISAAC MIZRAHI, as parent and natural
guardian of D.M., a minor,

   Plaintiff,

vs.

YAMAHA MOTOR CORPORATION,
U.S.A.,

   Defendant.

_____ /

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATIONS OF E-MAIL ADDRESSES

Plaintiff ISAAC MIZRAHI, as parent and natural guardian of D.M., a minor, hereby gives notice of the appearance of Denise H. Georges of the Firm Colson Hicks Eidson, P.A., whose primary and secondary e-mail addresses are as follows:

| | |
|---|---|
| Counsel's name: | Denise H. Georges |
| Primary e-mail address: | Denise@colson.com |
| Secondary e-mail addresses: | eservice@colson.com |

*[signature on next page]*

Respectfully submitted,

COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400


By: /s/ *Denise Georges*
        Denise Georges
        (Fla. Bar No. 55861)
        denise@colson.com
        Curtis Miner
        Florida Bar # 885681
        curt@colson.com

        *Attorneys for Plaintiffs*

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, Telephone: (305) 476-7400 Fax: (305) 476-7444**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via

Florida Courts E-filing Portal on <u>December 8, 2017</u> on the below counsel:

**SCOTT M. SARASON**
E-mail: ssarason@rumberger.com
**MICHAEL R. HOLT**
E-mail: mholt@rumberger.com
**RUMBERGER, KIRK & CALDWELL**
A Professional Association
Brickell City Tower, Suite 3000
80 S.W. 8th Street
Miami, Florida 33130-3037
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Yamaha Motor Corporation,*
*U.S.A.*

                                        */s/ Denise Georges*
                                        Denise Georges

**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, Telephone: (305) 476-7400 Fax: (305) 476-7444