United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Dariana Mizrahi, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-24484-Civ-Scola |
| Yamaha Motor Corporation, U.S.A. | ) |
| and Yamaha Motor Co., Ltd., | ) |
| Defendants. | ) |

## **<u>Judgment</u>**

The jury has returned a verdict in this case. (*See* Jury Verdict, ECF No. 138.) The Court now enters judgment in favor of Defendants Yamaha Motor Corporation, U.S.A. and Yamaha Motor Co., Ltd. and against Plaintiff Dariana Mizrahi, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and Ordered** in chambers, at Miami, Florida, on July 29, 2019.

_____
Robert N. Scola, Jr.
United States District Judge